Certificate Number: 17082-PAW-DE-035709956

Bankruptcy Case Number: 21-10283



17082-PAW-DE-035709956

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2021, at 8:03 o'clock PM MST, IVELIS TORRES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: May 26, 2021

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director