IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Ivelis Torres ) | Case No. 21-10283TPA |
| ) | Chapter 13 |
| Debtor(s) ) | |
| Ronda J. Winnecour, ) | Re. Doc. 24 |
| Chapter 13 Trustee ) | |
| ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| Quicken Loans LLC ) | |
| ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed in the above-referenced case on August 16, 2022 (document #24) is hereby WITHDRAWN.

Respectfully submitted

8/16/2022               /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Ivelis Torres | ) | Case No. 21-10283TPA |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| Ronda J. Winnecour, | ) | Re. Doc. 24 |
| Chapter 13 Trustee | ) | |
| | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| Quicken Loans LLC | ) | |
| | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

IVELIS TORRES
1553 W 32ND STREET
ERIE, PA  16508

REBEKA A SEELINGER ESQ
4640 WOLF RD
ERIE, PA  16505

QUICKEN LOANS LLC
635 WOODWARD AVE
DETROIT, MI  48226

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


8/16/2022
date

/s/ Roberta Saunier
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566