# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 21-10283-JCM** |
| | : | |
| **Ivelis Torres** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 6** |
| | : | |
| **Rocket Mortgage, LLC** | : | |
| *Movant* | : | |
| | : | **Document No.** |
| | : | |
| **V.** | : | |
| | : | |
| **Ivelis Torres** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Rocket Mortgage, LLC** *at Claim No. 6* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $765.71, effective 12/01/2023.

Dated:  October 26, 2023

            By  /s/ Rebeka A. Seelinger, Esquire
               Rebeka A. Seelinger, Esquire
               Pa. I.D. #93897
               4640 Wolf Rd
               Erie, PA 16505
               (814)-824-6670
               E-Mail: rebeka@seelingerlaw.com