UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 21-10283 JCM |
|     Ivelis Torres | : |
|         Debtor | : Chapter 13 |
| | : |
|     Ivelis Torres | : |
|         Movant | : Document No. |
|         vs. | : |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
|         Respondent | : |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 27, 2021 at docket number 11, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

    This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| Dated: May 28, 2024 | By: /s/ Rebeka A. Seelinger |
| | Rebeka A. Seelinger, Esquire |
| | SEELINGER LAW |
| | Attorney for Debtor |
| | PA ID #93897 |
| | 4640 Wolf Road |
| | Erie, PA 16505 |
| | (814) 824-6670 |
| | rebeka@seelingerlaw.com |

**PAWB Local Form 24 (07/13)**