**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| IVELIS TORRES | Case No.:21-10283 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 29, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/18/2021 and confirmed on 7/12/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,600.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 39,600.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,700.00 | |
|   Trustee Fee | 1,732.99 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,432.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC | 0.00 | 28,762.06 | 0.00 | 28,762.06 |
|     Acct: 2670 | | | | |
|   QUICKEN LOANS LLC | 148.26 | 148.26 | 0.00 | 148.26 |
|     Acct: 2670 | | | | |
|   ERIE FEDERAL CREDIT UNION(*) | 3,184.65 | 3,184.65 | 187.62 | 3,372.27 |
|     Acct: 3044 | | | | |
| | | | | 32,282.59 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   IVELIS TORRES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   1ST FINANCIAL BANK/JEFFERSON CAPIT/ | 176.41 | 8.83 | 0.00 | 8.83 |
|     Acct: 0689 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,779.55 | 189.13 | 0.00 | 189.13 |
|     Acct: 6661 | | | | |
|   LVNV FUNDING LLC | 3,150.25 | 157.64 | 0.00 | 157.64 |
|     Acct: 3549 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 6,271.77 | 313.84 | 0.00 | 313.84 |
|     Acct: 0144 | | | | |
|   CITIBANK NA** | 2,465.98 | 123.40 | 0.00 | 123.40 |
|     Acct: 9603 | | | | |
|   DISCOVER BANK(*) | 9,584.19 | 479.58 | 0.00 | 479.58 |
|     Acct: 5700 | | | | |
|   NAVIENT PC TRUST | 4,350.89 | 217.72 | 0.00 | 217.72 |
|     Acct: 7574 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 3,801.18 | 190.21 | 0.00 | 190.21 |
|     Acct: 5609 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 4,078.09 | 204.07 | 0.00 | 204.07 |

21-10283                                                                                                   Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 4248 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5609 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,884.42 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 34,167.01 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 3,332.91 | |
| UNSECURED | 37,658.31 | |

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    IVELIS TORRES

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:21-10283

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10283-JCM |
| Ivelis Torres | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ivelis Torres, 1553 W 32nd Street, Erie, PA 16508-2262 |
| 15377168 | + | Honorable Timothy S. Beveridge, 1571 West 38th Street, Erie, PA 16508-2348 |
| 15377729 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:29:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15397432 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 31 2024 00:16:00 | 1st Financial Bank USA, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15377162 | + | Email/Text: bankruptcynotice@1fbusa.com | May 31 2024 00:15:00 | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 15377163 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15381554 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15377164 | + | Email/Text: bankruptcy@cavps.com | May 31 2024 00:16:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15385305 | + | Email/Text: bankruptcy@cavps.com | May 31 2024 00:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15394931 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:28:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15377165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:28:11 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15379320 | | Email/Text: mrdiscen@discover.com | May 31 2024 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15377166 | + | Email/Text: mrdiscen@discover.com | May 31 2024 00:14:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15377167 | + | Email/Text: kslater@eriefcu.org | May 31 2024 00:15:00 | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15390826 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:44:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15377169 | | Email/Text: pitbk@weltman.com | May 31 2024 00:15:00 | Matthew W. Pomy, Esquire, Weltman, Weinberg |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15381771 | | Email/PDF: pa_dc_claims@navient.com | May 31 2024 10:07:53 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15377170 | + | Email/PDF: pa_dc_claims@navient.com | May 31 2024 09:57:42 | Navient, Attn: Bankruptcy Dept., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15397489 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:45:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15377171 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15387489 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, LLc, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15377172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:19 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15377729 | ^ | MEBN | May 31 2024 00:14:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377173 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15377174 | *+ | 1st Financial Bank USA, Attn: Bankruptcy, Po Box 1200, North Sioux City, SD 57049-1200 |
| 15377175 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15377176 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15377177 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15377178 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15377179 | *+ | Erie Federal Credit Union, Attn: Bankruptcy, 3503 Peach Street, Erie, PA 16508-2741 |
| 15377180 | *+ | Honorable Timothy S. Beveridge, 1571 West 38th Street, Erie, PA 16508-2348 |
| 15377181 | * | Matthew W. Pomy, Esquire, Weltman, Weinberg & Reis Co., LPA, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |
| 15377182 | *+ | Navient, Attn: Bankruptcy Dept., PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15377183 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15377184 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15377185 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 2 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2024                    Signature:    /s/Gustava Winters

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 24

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Ivelis Torres rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6